The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BYRON BOYD,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED TRANSPORTATION UNION INSURANCE ASSOCIATION, UNITED TRANSPORTATION UNION PENSION ADMINISTRATIVE COMMITTEE, PAUL THOMPSON and RICK MARCEAU<br><br>        Defendants. | No. C05-1413 JLR<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND COURT DEADLINES**<br><br>Note on Motion Calendar:<br>March 6, 2006 |

### I.  STIPULATED MOTION

The parties hereby stipulate to and move for an order extending the outstanding deadlines in the Minute Order dated December 13, 2005 as follows:

(1)  That the deadline for all motions related to discovery must be filed by and noted on the motion no later than the third Friday after April 13, 2006;

(2)  That the deadline by which discovery must be complete is moved from March 13, 2006 to May 15, 2006;

(3)  That the deadline by which all dispositive motions must be filed and noted on the motion calendar no later than the fourth Friday thereafter (see CR 7(d)) is moved from April 12, 2006 to June 12, 2006;

**ORDER -** 1

(4) That the deadline for the settlement conference per CR 39.1(c)(2) is moved from May 12, 2006 to July 14, 2006;

(5) That the deadline for the mediation per CR 39.1(c)(3) is moved from June 12, 2006 to August 14, 2006;

(6) That the deadline by which all motions in limine must be filed and noted on the motion calendar no later than the second Friday thereafter is moved from June 13, 2006 to August 14, 2006;

(7) That the deadline for the agreed pretrial order is moved from June 29, 2006 to August 29, 2006;

(8) That the date for the pretrial conference is moved from July 5, 2006 at 03:00 p.m. to a date so designated by the court;

(9) That the deadline for trial briefs, voir dire questions, proposed jury instructions, and trial exhibits is moved from July 6, 2006 to a date so designated by the court;

(10) That the trial date is moved from July 11, 2006 at 09:00 a.m. to a date so designated by the court.

The parties make this motion to forego incurring fees and costs until after the Court rules upon defendants' Motion to Dismiss.

IT IS SO STIPULATED:

THE HEEKIN LAW FIRM

By: */s/ Katherine Heekin*
Katherine Heekin, WSBA #28908
121 SW Morrison St., Suite 600
Portland, OR  97204
Phone:  503-222-5578
Fax:  503-914-1889
Email: Katherine@HeekinLawOffice.com
Attorney for Plaintiff

**ORDER -** 2

| | |
|---|---|
| SONG MONDRESS PLLC | GUERRIERI, EDMOND, CLAYMAN & BARTOS, P.C. |
| | |
| By: */s/ Michael P. Monaco* <br> Michael P. Monaco, WSBA #24460 <br> 720 Third Avenue, Suite 1500 <br> Seattle, WA  98104 <br> Phone:  206-398-1500 <br> Fax:  206-398-1501 <br> Email:  mmonaco@songmondress.com | By: */s/ John A. Edmond* <br> John A. Edmond, Pro Hac Vice <br> 1625 Massachusetts Ave. NW, Suite 700 <br> Washington, D.C.  20036 <br> Phone:  (202) 624-7400 <br> Fax:  (202) 624-7420 <br> Email:  jedmond@geclaw.com |
| Attorney for Defendants United Transportation Union Pension Administrative Committee, Paul Thompson and Rick Marceau | David Campbell, WSBA #13896 <br> 18 West Mercer Street, Suite 400 <br> Seattle, WA  98119 <br> Phone:  (206) 285-2828 <br> Fax:  (206) 378-4132 <br> Email:  campbell@workerlaw.com |
| | Attorneys for Defendant United Transportation Union Insurance Association |

## II. ORDER

.

Pursuant to the foregoing stipulation of the parties, IT IS SO ORDERED that the following scheduling dates shall apply:

(1) All motions related to discovery must be filed by and noted on the motion no later than the third Friday after April 13, 2006;

(2) Discovery must be complete by  May 15, 2006;

(3) All dispositive motions must be filed and noted on the motion calendar no later than the fourth Friday after June 12, 2006;

(4) Settlement conference per CR 39.1(c)(2) must occur by  July 14, 2006;

(5) Mediation per CR 39.1(c)(3) must occur by August 14, 2006;

(6) All motions in limine must be filed and noted on the motion calendar no later than the second Friday after August 14, 2006;

**ORDER -** 3

(7)  Agreed Pretrial Order due by August 29, 2006;

(8)  Pretrial conference is set for 9/6/06 at 9:00 a.m.;

(9)  Trial briefs, voir dire questions, proposed jury instructions, and trial exhibits due by 9/12/06;

(10) Trial Date is set for 9/19/06 at 9:00 a.m.

Dated this 7th day of March, 2006.

JAMES L. ROBART
United States District Judge

Presented by:

THE HEEKIN LAW FIRM

By: */s/ Katherine Heekin*
Katherine Heekin, WSBA #28908
121 SW Morrison St., Suite 600
Portland, OR  97204
Phone:  503-222-5578
Fax:  503-914-1889
Email: Katherine@HeekinLawOffice.com
Attorney for Plaintiff

**ORDER -** 4