# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BYRON BOYD,

        Plaintiff,

v.

UNITED TRANSPORTATION UNION
INSURANCE ASSOCIATION, et al.,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  C05-1413JLR

___    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED

     Based on the court's findings of fact and conclusions of law, the court enters judgment for Plaintiff in the amount of $287,007 plus post-judgment interest at a rate of 5.03% to run from this date until paid in full.

     Dated this 17th day of October, 2006.

                                                    BRUCE RIFKIN
                                                         Clerk

                                      s/Mary Duett
                                      _____
                                      Deputy Clerk