# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BYRON BOYD,

    Plaintiff,

        v.

UNITED TRANSPORTATION UNION
INSURANCE ASSOCIATION, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   C05-1413JLR

___     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_     **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

The court awards Plaintiff reasonable attorneys' fees in the amount of $91,359.25 and costs in the amount of $872.28

Dated this 10th day of January, 2007.

                            BRUCE RIFKIN
                                Clerk

s/Mary Duett
_____
Deputy Clerk